■ STEPHEN GIST, Appellant, v STATE OF NEW YORK, Respondent. (Claim No. 67652.)—Appeal from a judgment in favor of the State, entered December 13, 1983, upon a decision of the Court of Claims (Murray, J.).

Judgment affirmed, without costs, upon the opinion of Judge Edward M. Murray of the Court of Claims. Mahoney, P. J., Main, Mikoll, Yesawich, Jr., and Harvey, JJ., concur.